IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. WDQ-12-2116 |
| **$39,446.00 in U.S. CURRENCY and $20,000.00 in U.S. CURRENCY,** | : |
| | : |
| **Defendant.** | : |
| | : |
| : : : : : : : | |

## STATUS REPORT

The court has requested a report on the status of this case upon the expiration of the discovery deadline, extended by request and order (ECF No. 18) to June 28, 2013.

In response to the court's request, the parties submit the following:

a. The Government and the Claimant have completed pre-trial discovery;

b. There are no motions pending;

c. The Government intends to file a motion for summary judgment before the expiration of the dispositive pretrial motions deadline, July 19, 2013;

d. The Claimant has requested that this case be tried by jury (ECF No. 7). The parties anticipate that the trial will last one day;

e. The parties have conducted settlement negotiations, which are ongoing. Claimant's counsel, Edmund Scott Collins, has discussed settlement via telephone with John J. Truex Chung, a contract attorney at the United States Attorney's Office who is assigned to this case;

f. The parties do not believe that it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference;

g. The parties consent to have a U.S. Magistrate Judge conduct all further proceedings in this case, including trial (jury or non-jury) and entry of final judgment.

The Government has conferred with Claimant's counsel regarding the contents of this report.

>Respectfully submitted,
>
>Rod J. Rosenstein
>UNITED STATES ATTORNEY
>District of Maryland
>
>_____/s/_____
>Stefan D. Cassella
>Assistant United States Attorney
>36 South Charles Street
>Fourth Floor
>Baltimore, Maryland 21201
>Tel: (410) 209-4800