IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | CIVIL NO. BPG-12-2116 |
| **$39,446 in U.S CURRENCY and $20,000 in U.S. CURRENCY,** | : | |
| | : | |
| **Defendant.** | | |

...oOo...

**GOVERNMENT'S CONSENT MOTION FOR LIMITED
REOPENING OF DISCOVERY TO PERMIT TO THE ISSUANCE
OF TWO SUBPOENAS**

The United States, by Rod J. Rosenstein, United States Attorney, and Evan T. Shea, Assistant United States Attorney, files this motion to re-open discovery for the limited purpose of allowing the government to issue two third-party subpoenas. Because the documents sought are limited, the government will provide a two-week return date, which will allow for the return of the documents prior to the scheduled settlement conference and the filing of the proposed pretrial order. The government has contacted Claimant's counsel, who consents to this request.

These two subpoenas seek a limited number of documents related to previous occasions on which the Claimant rented a car. The government has already obtained documents and information from Hertz regarding previous occasions on which the Claimant rented cars, and questioned the Claimant regarding those rentals during his deposition. One of the subpoenas the government seeks to issue will request additional documents regarding those rentals from Hertz. The second subpoena the government seeks will request additional records of the Claimant's car

1

rentals from Enterprise, from whom it appears from the Claimant's bank records he also rented cars.

For the foregoing reasons, the Court should grant the government's consent motion for a limited re-opening of discovery to allow the government to issue the two subpoenas described above.

                                Respectfully submitted,

                                Rod J. Rosenstein
                                United States Attorney

By:_____/s/_____
        Evan T. Shea
        Assistant United States Attorney
        John J. Truex Chung
        Senior Law Clerk
        Forfeiture Support Associates, LLC
        36 South Charles Street
        Fourth Floor
        Baltimore, Maryland 21201
        (410) 209-4800

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Government's Consent Motion for Limited Reopening of Discovery to Permit the Issuance of Two Subpoenas was filed using CM/ECF on September 6, 2013 and served on all parties electronically via that system

                                              _____/s/_____
                                              Evan T. Shea
                                              Assistant United States Attorney
                                              36 South Charles Street
                                              Fourth Floor
                                              Baltimore, MD 21201